UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **EDCV 16-1133-JGB (KKx)** | Date: August 30, 2016 |
| Title: *Lynn Metrow, et al. v. Liberty Mutual Managed Care, LLC, et al.* | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Order re: Stipulated Protective Order [Dkt. 19]

      The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

      1.    While the Court is willing to enter a protective order in accordance with the parties' stipulation in order to facilitate the conduct of discovery, the Court is unwilling to include in the protective order any provisions relating to evidence presented at trial or other court hearings or proceedings.  **Any use of Protected Material at trial or other court hearings or proceedings shall be governed by the orders of the trial judge.**  Proposed paragraph 14 renders the statement to this effect in the introduction ambiguous and the stipulation must be revised to make this explicit.

      2.    Proposed paragraph 1 needs to be revised to make clear that the terms of the Protective Order do not apply to the Court and court personnel, who are subject *only* to the Court's internal procedures regarding the handling of material filed or lodged, including material filed or lodged under seal.

      3.    While the Court is willing to enter an order allowing the parties to waive particular defenses, the Court is unwilling to include the provision in proposed paragraph 10 that "[l]egal

remedies are inadequate to prevent the use or disclosure of Confidential Information covered by this Stipulation."

**The parties are further directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order.  The parties are strongly encouraged to use the language contained in the approved stipulated protective order.**

cc:     District Judge Jesus G. Bernal