| | |
|---|---|
| 1 | **Douglas R. Hart, SBN 115673** |
| 2 | dhart@sidley.com |
|   | **Sheryl K. Horwitz, SBN 229115** |
| 3 | shorwitz@sidley.com |
| 4 | **SIDLEY AUSTIN LLP** |
|   | **555 West Fifth Street, Suite 4000** |
| 5 | **Los Angeles, California  90013** |
| 6 | **Telephone: (213) 896-6000** |
|   | **Facsimile: (213) 896-6600** |
| 7 | |
| 8 | **Attorneys for LIBERTY MUTUAL MANAGED CARE LLC** |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN METROW, LINDA MASTIN, and ROSE ANN GAINOR, individuals, and on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL MANAGED CARE LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:16-cv-01133-JGB-KK<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATED PROTECTIVE ORDER RE: PROTECTION OF CONFIDENTIAL INFORMATION** |

[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER RE: PROTECTION OF CONFIDENTIAL INFORMATION

**[PROPOSED] ORDER**

The Court, having read and considered the [Proposed] Stipulated Protective Order Regarding Protection of Confidential Information, finds good cause appearing in that discovery in this action will be facilitated and thereby,

IT IS HEREBY ORDERED that the Stipulated Protective Order is entered in this action without prejudice to any motion for modification.

DATED:  September 29, 2016   _____
THE HONORABLE KENLY KIYA KATO
U.S. MAGISTRATE JUDGE