JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

Lynn Metrow, et al.

Plaintiffs,

v.

Liberty Mutual Managed Care LLC, et al.

Defendants.

Case No.
EDCV 16-1133 JGB (KKx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Final Approval of Class Action Settlement filed by Plaintiffs is GRANTED. Thus, the Court:

(1) GRANTS final approval of the Settlement Agreement;

(2) GRANTS IN PART the request for attorneys' fees and AWARDS Class Counsel attorneys' fees in the amount of $345,081.50;

(3) ORDERS Gould & Associates to file supplemental documentation to support its request for attorneys' fees no later than 10 days following the issuance of this order;

(4) GRANTS the requests for costs and AWARDS Class Counsel costs in the amount of $37, 806.32;

(5) GRANTS the request for a service award and AWARDS a total of $40,000 to the Named Plaintiffs, each to receive $10,000;

(6) ORDERS the payment of $15,000 to the Labor Workforce Development Agency;

(7) GRANTS Simpluris fees of $15,500 and ORDERS Simpluris to administer the payment to the Class Members; and

(8) DISMISSES the action WITH PREJUDICE.

Dated: June 14, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge