| | | | |
|---|---|---|---|
| Case No. | **EDCV 16-01133 JGB (KKx)** | Date | July 19, 2018 |
| Title | ***Lynn Metrow, et al. v. Liberty Mutual Managed Care LLC, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Order AWARDING Plaintiffs Remaining Attorneys' Fees (IN CHAMBERS)

      On June 14, 2018, the Court GRANTED Plaintiffs Lynn Metrow, Linda Mastin, Shanan Wali, and Rose Ann Gainor's (collectively, "Plaintiffs") unopposed motion for final approval of class action settlement. ("Order," Dkt. No. 64.) The Plaintiffs requested $400,000 in attorneys' fees. (Dkt. No. 55-1 at 6.) The Court awarded $345,081.50 to Blumenthal Nordrehauf Bhowmik De Blouw LLP, but deferred determination as to whether to award Gould & Associates $52,000 in fees, as its request lacked the proper support and documentation. (Order at 16.) The Court ordered Gould & Associates to file supplemental documentation within ten days of the Court's Order. (Id.) Accordingly, on June 19, 2018, Plaintiffs filed a supplemental statement regarding their motion for attorneys' fees. ("Supplemental Statement," Dkt. No. 66.) With the Supplemental Statement, Plaintiffs submitted a Supplemental Declaration of Michael A. Gould ("Supplemental Gould Declaration," Dkt. No. 66-1) and attached his firm's billing sheet ("Exh. 1 to Supplemental Gould. Declaration," Dkt. No. 66-1). Plaintiffs also filed a second supplemental declaration of Kyle Nordrehaug ("Second Supplemental Nordrehaug Declaration," Dkt. No. 66-2) and attached the current total lodestar for Blumenthal Nordrehauf Bhowmik De Blouw LLP ("Exh. 1 to Second Supplemental Nordrehaug Declaration," Dkt. No. 66-2) and the joint prosecution agreement between counsel ("Exh. 2 to Second Supplemental Nordrehaug Declaration," Dkt. No. 66-2). The updated, combined lodestar from both firms is $406,581.50. Plaintiffs assert that this lodestar justifies a total award in attorneys' fees of $400,000. (Supp. Statement at 1.)

      Exhibit 1 to the Supplemental Gould Declaration contains an accounting of the hours worked and a breakdown of the work performed. Thus, the Court concludes that Mr. Gould has

remedied the previously identified deficiency (Order at 14) which prevented the Court from awarding attorneys' fees to Gould & Associates.

The Court awards the remaining attorneys' fees requested by Plaintiffs in the amount of $54,918.50, which brings the total award to $400,000 in attorneys' fees. Counsel for Plaintiffs have agreed to distribute costs as follows: $360,000 to Blumenthal Nordrehaug Bhowmik De Blouw LLP and $40,000 to Gould and Associates. (Supp. Statement at 1.) The fees shall be distributed accordingly.

**IT IS SO ORDERED.**